IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAVERN SANDOVAL,

    Plaintiff,

  v.                                  1:14-cv-0003 RB/KBM

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own costs.

This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

                                                          */s/ electronically approved 2/13/15*
David M. Fine, Esq.
Charlotte L. Itoh, Esq.
Fine Law Firm
220 9th St., NW
Albuquerque, NM   87102
(505) 243-4541; (505) 242-2716 fax
david@thefinelawfirm.com
charlotte@thefinelawfirm.com
Counsel for Plaintiff

DAMON P. MARTINEZ
United States Attorney

*/s/ electronically approved  2/13/15*
RUTH FUESS KEEGAN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274
E-mail: ruth.f.keegan@usdoj.gov
Counsel for the United States